IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RESTRAINT OF ALL ASSETS HELD ) <br> IN THE NAME OF MARIO MARIANO ) <br> FARO, LABCARE & SUPPLIES ) <br> CORPORATION, AND MEDISCIENTIFIC ) <br> CORPORATION: ) <br> ) <br> ACCOUNT ▮▮▮▮ 7342 IN THE NAME OF ) <br> MARIO MARIANO FARO AT WACHOVIA ) <br> BANK, CHARLOTTE, NORTH CAROLINA; ) <br> ) <br> ACCOUNT ▮▮▮▮ 7801 IN THE NAME OF ) <br> LABCARE & SUPPLIES CORPORATION ) <br> AT BANK OF AMERICA, NEW YORK; ) <br> ) <br> FUNDS HELD FOR THE BENEFIT OF ) <br> MARIO MARIANO FARO AT ) <br> PERFORMANCE MARINE, KEY LARGO, ) <br> FLORIDA. ) <br> ) | Misc. No.:   08mc372 <br><br> FILED <br><br> JUN 1 2 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**RESTRAINING ORDER**

WHEREAS, this matter having come before this Court on the ex parte application of the United States of America for a restraining order pursuant to 28 U.S.C. §§ 2467(d)(3)(A), (d)(3)(B)(ii) and 18 U.S.C. § 983(j), which provides this Court with jurisdiction to enter restraining orders and take such other action as may be necessary to preserve any property subject to forfeiture in a foreign proceeding to ensure its availability for forfeiture;

WHEREAS, pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is proper in this Court for the registration and enforcement of foreign restraining orders affecting property that is the subject of foreign forfeiture proceedings;

WHEREAS, on March 17 and April 15, 2008, the Court of First Instance and Public Prosecutor of Aruba issued restraining orders against Mario Mariano Faro, Labcare & Supplies

Corporation, and Mediscientific Corporation's assets including two accounts at two financial institutions and funds held by a vendor for the benefit of Faro in the United States. (the "Aruban Restraining Orders");

WHEREAS, the violation of foreign law giving rise to forfeiture in Aruba would constitute violations or offenses that would give rise to forfeiture under United States law if committed in the United States;

WHEREAS, the Assistant Attorney General of the Criminal Division of the United States Department of Justice, being duly authorized, has certified that it is in the interest of justice to enforce the Aruban Restraining Orders;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 28 U.S.C. § 2467(d)(3)(A) and (d)(3)(B)(ii) THAT:

1. The restraining order issued by the Public Prosecutor of Aruba, dated March 17 and April 15, 2008, are attached hereto with English translations, shall hereby be given effect.

2. Effective immediately, all monies, assets, and other things of value held in the following accounts and by the specified vendor (the "Property") are hereby RESTRAINED:

All assets held in the name of Mario Mariano Faro at:

(a)  Account ▇▇▇▇▇7342 held at Wachovia Bank, Charlotte, North Carolina;

(b)  All funds held for the benefit of Mario Mariano Faro at Performance Marine, Key Large, Florida.

All assets held in the name of Labcare & Supplies Corporation at:

(a)  Account ▇▇▇▇▇7801 held at Bank of America, New York.

3. All persons and entities, including Mario Mariano Faro, Labcare & Supplies Corporation, Mediscientific Corporation, their agents, servants, employees, attorneys, family

members, those persons in active concert or participation with Faro or the corporate entities, and anyone in possession of or holding any interest in the Property, be and are hereby ENJOINED AND RESTRAINED from withdrawing, transferring, selling, assigning, pledging, distributing, giving away, encumbering, wasting, secreting or otherwise participating in the disposal, removal or alienation by any means of any interest, direct or indirect, in the Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order and provided that, in accordance with 28 U.S.C. § 2467(d)(3)(C), no person may object to this Order on the grounds that it is the subject of parallel litigation involving the same Property pending in a foreign court.

4.  The financial institutions holding the Property shall continue to receive and credit monies, deposits, interest, dividends, or other things of value to the account identified above, which additional assets shall be subject to this Order and restrained pursuant to its terms. Upon receiving notice of this Order, the affected financial institutions and vendors shall disclose to the United States the exact amount on deposit and the approximate market value and makeup of any assets not held in currency at the time the assets are frozen pursuant to this Order, shall hereafter provide to the United States a monthly statement of the accounts, and shall promptly respond to requests by the United States for information concerning the accounts at any time thereafter for as long as this Order remains in place.

5.  The United States, may serve a copy of the this Order on the affected financial institutions and vendors by facsimile, and, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure or other applicable law, shall seek to provide a copy of the Court's Order to identifiable persons holding a legal interest in the Property, including: Mario Mariano Faro and Labcare & Supplies Corporation.

6. The terms of this Restraining Order shall remain in full force and effect until further order of this Court.

Dated this 12TH day of June, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia